**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| JEFFREY D. SERVIN, ESQUIRE AND OSAGE CORP., D/B/A FIRST CITY COMMUNICATIONS, INC., | : No. 250 EAL 2018<br>:<br>:<br>: Petition for Allowance of Appeal from |
| Petitioners | : the Order of the Superior Court<br>:<br>: |
| v. | :<br>:<br>: |
| DUANE MORRIS LLP, | :<br>: |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.